

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| IN RE: | Case No. 12-22963-JFS |
| **GORDON INSTITUTE FOR SPORTS PERFORMANCE, LLC** | Chapter 7 |
| Debtor. | |

| | |
|---|---|
| IN RE: | |
| **GORDON, ERIC MYLES,** and **GORDON, LAURIE LITZ,** | Case No. 12-24723-JFS (Jointly Administered Under Case No. 12-22963-JFS) |
| Debtors. | Chapter 7 |

### ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO DIVIDE SETTLEMENT PROCEEDS BETWEEN BANKRUPTCY ESTATES

Upon the Motion for Authority to Divides Settlement to Divide the Settlement Proceeds Between the Bankruptcy Estates, filed by Richard M. Kremen, Chapter 7 Trustee for the bankruptcy estates of Eric Myles Gordon and Laurie Litz Gordon and the Gordon Institute for Sports Performance, LLC (the "Trustee"), and any responses thereto, and just cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland,

1.      **ORDERED,** that the Motion is hereby **GRANTED**; and it is further

2.      **ORDERED,** that the Trustee shall allocate the Settlement Proceeds[1] as follows:

    A.      Forty percent (40%) of the Settlement Proceeds to the Gordon Bankruptcy Estate; and

    B.      Sixty percent (60%) of the Settlement Proceeds to the GISP Bankruptcy Estate; and it is further

3.      **ORDERED**, that the Trustee is authorized to transfer sixty percent (60%) of the Settlement Proceeds previously received by the Trustee from bank account for the Gordon Bankruptcy Estate to an account in the name of the GISP Bankruptcy Estate; and it is further

4.      **ORDERED,** that the Trustee shall deposit all future payments due under the Settlement Agreements in the bank account for the Gordon Bankruptcy Estate and shall transfer sixty percent (60%) of the Settlement Proceeds to the bank account for the GISP Bankruptcy Estate, within ten (10) days of the settlement check being posted to the Gordon Bankruptcy Estate by the bank.


COPIES TO:

Eric Myles Gordon
Laurie Litz Gordon
Post Office Box 994
Edgartown, Massachusetts 02539

Richard M. Kremen, Esquire
Regan K. La Testa. Esquire
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

---

[1] Capitalized terms, unless otherwise defined herein, hold the same meaning as defined in the Motion.

Gerard R. Vetter, Esquire
Interim Assistant United States Trustee
United States Department of Justice
Office of the United State Trustee
101 West Lombard Street, Room 2650
Baltimore, Maryland 21201

Tate M. Russack, Esquire
Russack Associates, LLC
100 Severn Avenue, Suite 101
Annapolis Maryland 21403

Hugh M. Bernstein, Esquire
United States Department of Justice
Office of the United States Trustee
101 West Lombard Street, Room 2625
Baltimore, Maryland 21201

Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsche, LLC
600 Baltimore Ave., Suite 208
Towson, MD 21204

**\*\*\* END OF ORDER \*\*\***